COMMONWEALTH of Pennsylvania, Respondent

v.

Jerome W. ARMSTRONG, Petitioner

No. 275 EAL 2017

Supreme Court of Pennsylvania.

December 4, 2017

## ORDER

PER CURIAM

AND NOW, this 4th day of December, 2017, the Petition for Allowance of Appeal is **DENIED.**

Mwavua MSHIMBA, Petitioner

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Respondent

No. 406 MAL 2017

Supreme Court of Pennsylvania.

December 4, 2017

## ORDER

PER CURIAM

AND NOW, this 4th day of December, 2017, the Petition for Allowance of Appeal is **DENIED.** The Motion to Delay Suspension of Driving Privilege is dismissed as moot.

COMMONWEALTH of Pennsylvania, Respondent

v.

Jovon Daton JONES, Petitioner

No. 422 MAL 2017

Supreme Court of Pennsylvania.

December 4, 2017

## ORDER

PER CURIAM

AND NOW, this 4th day of December, 2017, the Petition for Allowance of Appeal and Leave of Court to Supplement Allowance of Appeal are **DENIED.**